UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN RICHARD McKEE,<br>    Plaintiff,<br>  v.<br>GREGORY J. AHORN; et al.,<br>    Defendants._____/ | No. C 09-3752 SI (pr)<br><br>**ORDER OF DISMISSAL** |

Steven Richard McKee, an inmate at the Alameda County Jail, filed a pro se civil rights complaint under 42 U.S.C. § 1983 concerning conditions of confinement at the jail. The court reviewed the complaint, found that it had several deficiencies, and ordered McKee to file an amended complaint by June 18, 2010. The deadline has long passed and McKee did not file the required amended complaint. Accordingly, this action is dismissed for failure to prosecute and failure to comply with the court's order. See Fed. R. Civ. P. 41(b). The clerk shall close the file.

IT IS SO ORDERED.

Dated: July 29, 2010

_____
SUSAN ILLSTON
United States District Judge