UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN RICHARD McKEE, | No. C 09-3752 SI (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| GREGORY J. AHORN; et al., | |
| Defendants. | |

This action is dismissed for failure to prosecute and failure to comply with the court's order.

IT IS SO ORDERED AND ADJUDGED.

Dated: July 29, 2010

_____
SUSAN ILLSTON
United States District Judge